**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Raymond L. Erickson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: Crim. 00-311(1)(MJDJGL) |
| | ) | Date: March 22, 2005 |
| Derrick Angelo Harper, | ) | Court Reporter: |
| | ) | Tape Number: 05-13 |
| Defendant. | ) | Time Commenced: 4:15 p.m. |
| | | Time Concluded: 4:30 p.m. |
| | | Time in Court: 0 Hours & 15 Minutes |

APPEARANCES:

Plaintiff: , Assistant U.S. Attorney
Defendant: ☐ FPD ☐ CJA ☐ Retained ☐ To be appointed

Date Charges Filed: March 17, 2005 Offense: Violation of Supervised Release

☒ Charges read into record ☐ Waived Reading of Charges ☒ Advised of Rights

on ☒ Warrant For Arrest Violation of ☒ Supervised Release

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered.

Next appearance date is Friday, March 25, 2005, at 10:00 a.m., Court Room 3, U.S. Courthouse, Duluth, Minnesota, before U.S. Magistrate Judge Raymond L. Erickson for: ☒ detention hrg ☒ preliminary hrg

Additional Information: Court finds the defendant eligible for court-appointed counsel. Defendant will be held in the Douglas County Jail, Superior, Wisconsin.

s/Victoria L. Miller
Signature of Judicial Assistant