A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 00-311 (1) MJD**
0541-0317-0791-D

Derrick Angelo Harper

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Derrick Angelo Harper

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:
Violation of Supervised Release

Ordered by: Michael J. Davis, United States District Court Judge.

Jackie Mehl

(By) Jackie Mehl, Deputy Clerk

March 17, 2005 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ______

Date Received: ______ Date of Arrest: ______

______ ______

Name and Title of Arresting Officer Signature of Arresting Officer

RECEIVED
MAR 17 3 16 PM '05
US MARSHALS SERVICE
MPLS. MN

ARRESTED ON 3-22-05
ARRESTED BY [signature]
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
MAR 23 2005
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04