UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-311(1) MJD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO CONTINUE |
| v. | ) | DETENTION HEARING |
| | ) | |
| DERRICK ANGELO HARPER, | ) | |
| | ) | |
| Defendant. | ) | |

Comes now, the defendant, Derrick Angelo Harper, through his counsel, Daniel M. Scott, and pursuant to 18 U.S.C. § 3142(f)(2) moves the Court to extend the time for his detention hearing to five days following his first appearance, not including weekends, and specifically requests that the hearing be set for Monday, March 28, 2005.

Dated: March 24, 2005

Respectfully submitted,

*s/Daniel M. Scott*
DANIEL M. SCOTT
Attorney ID No. 98395
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415