# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

Derrick Angelo Harper
Defendant.

**CERTIFICATE OF SERVICE**

Criminal No: 00-311(1) MJD

I hereby certify that on March 24, 2005, I caused the following document(s):

1. Motion to Continue Detention Hearing

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Joseph Walbran
Assistant U.S. Attorney

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: March 24, 2005

*s/Daniel M. Scott*
DANIEL M. SCOTT
Attorney ID No. 98395
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415