UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. ORDER

Derrick Angelo Harper, Crim. No. 00-311(MJD/RLE)

Defendant.

* * * * * * * * * * * * * * * * * * *

On March 23, 2005, an Order of Temporary Detention Pending Hearing Pursuant to the Bail Reform Act was issued setting the Detention Hearing and Preliminary Hearing for Friday, March 25, 2005. On March 24, 2004, the Defendant filed a Motion to Continue the Detention Hearing.

We have closely reviewed the pertinent factors which commend the granting of the continuance, and we expressly find that a continuance is fully warranted. We further find that the ends of justice, that are served by the granting of the continuance, outweigh the best interests of the public and of the Defendant in a speedy trial, and that the failure to grant such a continuance would deny the Defendant the reasonable time that is necessary for the effective preparation of his defense, taking into account his exercise of due diligence. Good cause having been shown, and there being no objection from the Government, the Motion will be granted.

THEREFORE, It is –

ORDERED:

1. That the Motion To Continue Detention Hearing [Docket No. 40] is GRANTED, and the entire period of this continuance is hereby excluded from the period within which the Trial of this matter must commence under the Speedy Trial Act. See, Title 18 U.S.C. §3161(h)(8)(A).

2. That, pursuant to the provisions of Title 18 U.S.C. §3142(f), and Rule 5.1, Federal Rules of Criminal Procedure, a Detention Hearing and Preliminary Examination are reset for **Monday, March 28, 2005, at 10:00 a.m.**, before United States Magistrate Judge Raymond L. Erickson, in Court Room No. 3, United States Courthouse, Duluth, Minnesota.

BY THE COURT:

DATED: March 25, 2005

s/Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE