**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: Raymond L. Erickson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: Crim. 00-311(MJD/RLE) |
| | ) | Date: March 28, 2005 |
| Derrick Angelo Harper, | ) | Court Reporter: |
| | ) | Tape Number: 05-14 |
| Defendant. | ) | Time Commenced: 10:05 a.m. |
| | | Time Concluded: 10:20 a.m. |
| | | Time in Court: 0 Hours & 15Minutes |

☐ **PRELIMINARY HRG ONLY** ☐ **DETENTION HRG ONLY**
☒ **PRELIMINARY/DETENTION HRG** ☐ **REMOVAL HRG**
Time in Court Prelim/Det:

APPEARANCES:

Plaintiff: Richard Newberry, Assistant U.S. Attorney
Defendant: Daniel Scott ☒ FPD ☐ CJA ☐ Retained ☐ Appointed

**True Name if different from charging instrument:**
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** ☒ **Supervised Release**

☐ **Charges from other District**

☐ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence or bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

☐ Deft bound over to District Court of Minnesota
☐ Deft removed to charging district and is ordered to appear before on.

☐ Removal Order to be Issued ☐ **No** Removal Order to be Issued ☐ Commitment to Another District to be Issued

Additional Information: Probation Office Matt Whiting is sworn & testifies. Court finds probable cause. Court will issue written Order.

s/Victoria L. Miller
Signature of Judicial Assistant