UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. ERRATUM

Derrick Angelo Harper,

Defendant. Crim. No. 00-311(01)(MJD/RLE)

* * * * * * * * * * * * * * * * * * *

By Order dated March 28, 2005, we found that there is probable cause to believe that the Defendant committed the offenses of which he is charged in the Petition which led to his arrest. Through inadvertence, the first, numbered directive on page 6 of our Order, contained a typographical error, which we now correct below, with the bold type being employed to denote the modification made.

NOW, THEREFORE, It is --

ORDERED:

That numbered paragraph 1, on page 6 of our Order of March 28, 2005, is hereby amended to read as follows: "1. That, having found probable cause that the Defendant committed the violations charged in the Petition which led to his **arrest**, we

hold him to answer to those charges at a Revocation Hearing, pursuant to Rule 32.1(b)(2), Federal Rules of Criminal Procedure, to be scheduled before the District Court."

BY THE COURT:

Dated: March 29, 2005

s/Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE