6/04

**UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA**
PROCEEDING BEFORE UNITED STATES JUDGE MICHAEL J. DAVIS

**FINAL REVOCATION MINUTES** Court Reporter: Lori Simpson

Criminal No.: 00-311 (MJD/JGL) Date: April 26, 2005

United States of America,

Joe Walbran
Counsel for Government

v.

(1) DERRICK HARPER,

Dan Scott
Counsel for Defendant

**SENTENCE IMPOSED AS TO COUNT(S)** General condition and Special condition

( / ) **Custody of Bureau of Prisons for** 3 months
( / ) Defendant is returned/remanded into U.S. Marshal custody

Supervised Release until expiration of original term.

A condition has been added to the SR.

s/Debbie Halfman
Signature of Deputy Clerk Debbie Halfman