UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-311(MJD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | REASSIGNMENT OF CRIMINAL CASE |
| v. | ) | |
| DERRICK ANGELO HARPER, Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

00-311(MJD)

Defendant Name

Derrick Angelo Harper

Remove AUSA

Joseph T. Walbran

Add AUSA

Richard A. Newberry

Dated: October 24, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney