UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-311(MJD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| DERRICK ANGELO HARPER, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

00-311(MJD)

Defendant Name

Derrick Angelo Harper

Remove AUSA

Richard A. Newberry

Add AUSA

David M. Genrich

THOMAS B. HEFFELFINGER
United States Attorney

Dated: October 25, 2005

s/James E Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney