**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Derrick Angelo Harper,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

Case No: 00cr311(1)(MJD/JGL)
Date: October 25, 2005
Court Reporter: Lorilee Fink
Tape Number:
Time Commenced: 10:25 a.m.
Time Concluded: 10:40 a.m.
Time in Court: Hours & 15 Minutes

## APPEARANCES:

Plaintiff: David M. Genrich, Assistant U.S. Attorney
Defendant: Brian N. Toder 9 FPD : CJA 9 Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.
: Request granted. 9 Request denied.
9 **Initial Appearance - Revocation Proceedings.**
9 **Revocation of Probation - Final Hearing.**
: **Revocation of Supervised Release - Final Hearing.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
: Preliminary Hearing : Waived 9 Detention Hearing 9 Waived
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

9 COURT TO UNSEAL PETITION/REPORT (Filing No. )
9 Defendant released on same terms and conditions of supervised release.
9 Detention Hearing scheduled for.
: Defendant remanded to custody of the U.S. Marshal.
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Probation continued for a term of.
: No further Supervised Release ordered on this case.
: Defendant is sentenced to: 18 months to be served concurrently to sentence on 05cr173(DSD/RLE)
: Written order to be issued.

s/Connie L. Baker
Calendar Clerk