PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED
OCT 25 2005
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**United States v. Derrick Angelo Harper**

**Docket No. 0:00CR00311-001(MJD)**

**Petition on Supervised Release**

COMES NOW **Matthew T. Whiting**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Derrick Angelo Harper** who was sentenced for Bank Robbery on May 31, 2001, by the Honorable Michael J. Davis, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Sex offender restrictions
- Drug aftercare
- Mandatory urinalysis testing
- 120-day CCC placement

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

LAW VIOLATION: The defendant shall not commit another federal, state, or local crime.

On May 17, 2005, Mr. Harper was indicted for Bank Robbery. He pled guilty to Bank Robbery before Your Honor on July 20, 2005, and is awaiting sentencing. The bank robbery occurred on March 16, 2005, while Mr. Harper was on active supervised release status.

PRAYING THAT THE COURT WILL proceed with the final revocation of supervised release on the same date the defendant appears before Your Honor for sentencing on Docket No. 0:05CR00173-001(DSD/REL), Bank Robbery.

ORDER OF THE COURT

Considered and ordered this 24th day of October, 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Matthew T. Whiting
U.S. Probation Officer

Executed on October 19, 2005
Place Duluth

SCANNED
OCT 2 5 2005
U.S. DISTRICT COURT MPLS